ISIDOR KAMINSHIK v. ADOLPH DEUTSCH and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THERESA BERINSTEIN, as Executrix, etc., v. ALFRED KOCH.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

DANIEL F. KRUGER v. T. HOGAN & SONS, INCORPORATED.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

OSCAR J. HEIG, as Trustee, etc., v. COLUMBIA TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of ROSA DANKOWITZ, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Application of CHARLES BARTHELMESS and Others v. MORRIS CUKOR, as President, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JACQUES J. MODIANO v. COLUMBIA TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of HUNTER COLLEGE OF THE CITY OF NEW YORK v. JOHN F. HYLAN, as Mayor of the City of New York, and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BERNHAN CHEMICAL AND METAL CORPORATION v. SHIP-A-HOY, LTD., INC.— Motions granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WELLS & NEWTON CO., INC., v. JAMES MARTIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of EMMA M. TYRRELL, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ARCHIBALD WILLIAMSON and Others v. UCHIDA TRADING COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

NADAY & FLEISCHER, INC., v. CHARLES M. GOLDBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROSA C. BRADSHAW v. ROSALIND REALTY CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SEGUNDO TAMARGO and Others v. S. SILBERSTEIN & SONS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FRANK BISOGNO, an Infant, etc., v. NEW YORK RAILWAYS COMPANY.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.